FILED
ENTERED
RECEIVED
COUNSEL/PARTIES OF RECORD SERVED ON

OCT -8 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:13-CR-372-GMN-VCF |
| ) | |
| KEITH JOHN ANDERSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On October 8, 2013, defendant KEITH JOHN ANDERSON pled guilty to a One-Count Criminal Information charging him with Wire Fraud in violation of Title 18, United States Code, Section 1343 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Information and Plea Agreement. Criminal Information, ECF No. ___; Plea Agreement, ECF No. ___.

This Court finds that KEITH JOHN ANDERSON shall pay a criminal forfeiture money judgment of $807,496.06 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Information, ECF No. ___; Plea Agreement, ECF No. ___.

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from KEITH JOHN ANDERSON a criminal forfeiture money judgment in the amount
3  of $807,496.06 in United States Currency.
4  DATED this 8 day of Oct, 2013.

_____
UNITED STATES DISTRICT JUDGE