

```
                    UNITED STATES DISTRICT COURT

                          DISTRICT OF NEVADA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2-13-CR-372-GMN-(VCF) |
| KEITH JOHN ANDERSON, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO KEITH JOHN ANDERSON**

On October 17, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) forfeiting property of defendant KEITH JOHN ANDERSON to the United States of America.  Bill of Particulars, ECF No. 2; Criminal Information, ECF No. 5; Plea Agreement, ECF No. 7; Change of Plea, ECF No. 10; Preliminary Order of Forfeiture, ECF No. 12.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p), that the Preliminary Order of Forfeiture (ECF No. 9), listing the following asset, is final as to defendant KEITH JOHN ANDERSON:

. . .

. . .

1. $282,305.45 in United States Currency.

DATED this 16 day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE